FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   NOV 0 2 2017   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
MING HUI, individually and on behalf of
all others similarly situated,

**MEMORANDUM & ORDER**
15 CV 7295 (RJD) (ST)

                              Plaintiff,

                  - against -

SHORTY'S SEAFOOD CORP., LUFEI
LEE, HUA LONG JI, and JOHN/JANE
DOES #1-10,

                              Defendants.
----------------------------------------------------------- x

DEARIE, District Judge

        Before the Court is the Report and Recommendation of Magistrate Judge Tiscione dated

September 6, 2017, ECF No. 18. Plaintiffs were required to serve copies of the Report and

Recommendation upon Defendants Shorty's Seafood Corp. and Hua Long Ji within ten days of

September 6, 2017; they failed to do so until September 22, 2017. See ECF No. 19. Objections

to the Report and Recommendation were originally due by September 20, 2017. See ECF No.

18. However, as a result of Plaintiffs' late service of the Report and Recommendation, the Court

finds *nunc pro tunc* that objections were due by October 6, 2017. No objections have been filed.

The Court has reviewed Judge Tiscione's Report and Recommendation and, having found no clear error, adopts it. Accordingly, Plaintiff's claims against Defendants Lufei Lee and John/Jane Does #1-10 are dismissed, and the clerk is directed to enter judgment in Plaintiff's favor against Defendants Shorty's Seafood and Hua Long Ji in the amount of $46,167.30 (comprised of $37,098.85 in damages and prejudgment interest, $8,615 in attorney's fees, and $453.45 in costs and disbursements).

**SO ORDERED.**

Dated: Brooklyn, New York
October 30, 2017

s/ RJD

RAYMOND J. DEARIE
United States District Judge